[Nos. 33868-1-III; 34168-2-III.   Division Three.   March 14, 2017.]

*In the Matter of the Marriage of* LANE DAVID LEHMAN,
*Appellant*, and CYNTHIA JOY LEHMAN, *Respondent*.

Appeals from a judgment of the Superior Court for Stevens County, No. 13-3-00187-1, David E. Turplesmith, J. Pro Tem., entered October 1, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J.; Siddoway, J., concurring in the result only.

[No. 33953-0-III.   Division Three.   March 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DESARAE M. DAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-04442-0, Michael P. Price, J., entered November 25, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[Nos. 34112-7-III; 34113-5-III;   Division Three.   March 14, 2017.]
34114-3-III; 34115-1-III.

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS S. ROY, *Appellant*.

Appeals from a judgment of the Superior Court for Asotin County, No. 96-1-00055-0, David Frazier, J., entered January 28, 2016. *Affirmed in part* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J.; Siddoway, J., dissenting in part.